UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILLEKTRON LLC,

    Plaintiff,

v.

ELECTRONIC ARTS INC.,

    Defendant.

Case No. 19-cv-03648-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 24, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR ENE TO BE COMPLETED BY: | December 20, 2019 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 9/30/2019 ; after that date only with court approval or good cause re Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | March 27, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: April 24, 2020 <br> Rebuttal: May 8, 2020 |
| EXPERT DISCOVERY CUTOFF: | May 29, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD ON 35 DAY NOTICE: | Dispositive motions filed 3/10/2020; Dauberts filed 6/16/2020 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, August 7, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 14, 2020 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, August 28, 2020 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 14, 2020 at 8:30 a.m. for 3 day Bench Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, August 7, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 24, 2019

YVONNE GONZALEZ ROGERS
United States District Judge