FRITZ CLAPP (Bar No. 99197)
Attorney at Law
P.O. Box 2517
Beverly Hills, CA 90213
Telephone: 888-292-5784
Facsimile: 888-467-2341
E-mail: mail@fritzclapp.com

Attorney for Plaintiff and Counter-Defendant
ILLEKTRON LLC

ROBERT N. KLIEGER (Bar No. 192962)
rklieger@hueston.com
PHILIP A. MAYER (Bar No. 321740)
pmayer@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213-788-4340
Facsimile: 888-775-0898

Attorneys for Defendant and Counterclaimant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLEKTRON LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELECTRONIC ARTS INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 4:19-cv-03648-YGR<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the
2  dismissal of this action, including all claims and counterclaims asserted therein, with
3  prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 5, 2020

_____
FRITZ CLAPP
Attorney for Plaintiff ILLEKTRON LLC

Dated: February 5, 2020

_____
ROBERT N. KLIEGER
Attorney for Defendant ELECTRONIC ARTS INC.