1  FRITZ CLAPP (Bar No. 99197)
   Attorney at Law
2  P.O. Box 2517
   Beverly Hills, CA  90213
3  Telephone:    888-292-5784
   Facsimile:    888-467-2341
4  E-mail:       mail@fritzclapp.com

5  Attorney for Plaintiff and Counter-Defendant
   ILLEKTRON LLC
6
   ROBERT N. KLIEGER (Bar No. 192962)
7  rklieger@hueston.com
   PHILIP A. MAYER (Bar No. 321740)
8  pmayer@hueston.com
   HUESTON HENNIGAN LLP
9  523 West 6th Street, Suite 400
   Los Angeles, CA 90014
10 Telephone:    213-788-4340
   Facsimile:    888-775-0898
11
   Attorneys for Defendant and Counterclaimant
12 ELECTRONIC ARTS INC.

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 ILLEKTRON LLC,                        Case No.  4:19-cv-03648-YGR

18          Plaintiff,                   **JOINT STIPULATION DISMISSING
                                         ACTION WITH PREJUDICE
19     vs.                               (FED. R. CIV. P. 41(a)(1)(A)(ii))**

20 ELECTRONIC ARTS INC.,

21          Defendant.

22

23 AND RELATED COUNTERCLAIMS

24

25

26

27

28

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

2/11/2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action, including all claims and counterclaims asserted therein, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 5, 2020

_____
FRITZ CLAPP
Attorney for Plaintiff ILLEKTRON LLC

Dated: February 5, 2020

_____
ROBERT N. KLIEGER
Attorney for Defendant ELECTRONIC
ARTS INC.